```
            UNITED STATES DISTRICT COURT
              DISTRICT OF NEW HAMPSHIRE
```

<u>United States of America</u>

    v.                       Criminal No. 00-cr-148-01-SM

<u>Sean Ahearn</u>


                          ORDER

    Re: Document No. 129, Motion for DNA Testing

    Ruling: Denied, for the reasons given in the government's objection.  DNA evidence obtained from the ski mask and presented at defendant's criminal trial excluded defendant as the contributor, and sufficient DNA material to perform testing was not recoverable from the gloves, which information the jury had.  More precise DNA testing excluding the defendant as the contributor relative to the ski mask, or excluding him as contributing DNA material recoverable from the gloves, would not weigh in defendant's favor in any material respect.  Moreover, the testing requested is not possible as the items no longer are available for further testing.  Finally, the evidence presented at trial overwhelmingly established defendant's guilt of the offenses of conviction beyond any reasonable doubt, and further DNA testing would not result in any new material evidence that could raise a reasonable probability of defendant's innocence.  See 18 U.S.C. Section 3600

                                              _____
                                              Steven J. McAuliffe
                                              Chief Judge

Date: June 29, 2009

cc: Counsel of Record
    Sean Ahern